NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-36

KEITH WELCH

VERSUS

DEBRA WELCH

**********

APPEAL FROM THE
THIRTY-THIRD JUDICIAL DISTRICT COURT
PARISH OF ALLEN, NO. C-2001-632
HONORABLE PATRICIA C. COLE, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Billy Howard Ezell, Judges.

REMANDED WITH INSTRUCTIONS.

Kenneth Ray Rush
Attorney at Law
P. O. Box 704
Oakdale, LA 71463
(318) 335-2759
Counsel for: Plaintiff/Appellee
Keith Welch

**Anne Elizabeth Watson**
**Attorney At Law**
**232 N. Liberty Market**
**Opelousas, LA 70570**
**(337) 942-9790**
**Counsel for: Defendant/Appellant**
**Debra Welch**